UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELLOGG BROWN & ROOT SERVICES, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE**<br><br>Defendant. | Civil Action No. 13-0193 (JDB) |

## MOTION FOR CONTINUANCE
## OF STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b), the Defendant hereby moves for a continuance of the status conference in the above-captioned case, currently scheduled for March 7, 2014 at 9:15 AM. Defendant requests that the status conference be scheduled for March 12 or 13, 2014. Defendant has consulted with Plaintiff, through counsel, on the requested continuance, and Plaintiff opposes. Also, counsel for Plaintiff have stated that they have a conflict on March 13, 2014.

Good cause exists for the requested continuance. Undersigned counsel has a plaintiff's expert witness deposition in *Scott v. United States*, case no. 12-cv-0141 (JEB), a medical malpractice case, scheduled in California on Thursday, March 6, 2014, starting at 1 PM in the afternoon. The parties in the *Scott* matter have been attempting to schedule this expert's deposition since the beginning of August 2013 and have requested multiple extensions of time in that case to accommodate the expert witness' schedule. While undersigned counsel originally

intended to take the deposition by remote means, that is no longer a feasible option in the case[1] and therefore, undersigned counsel will be traveling to take the deposition in person. Based on the deposition time and the planned travel time, it now would not be possible for undersigned counsel to both be present for the status conference on March 7, 2014, and to take the expert witness' deposition. Furthermore, any alteration to the deposition will likely mean a two to three month wait for another deposition date and will require another enlargement of time for discovery in *Scott v. United States*, a case that has been pending for over two years.

Therefore, although undersigned counsel regrets any disruption caused to the Court and the other litigants, the Government hereby moves for a continuance of the status conference until March 12, 2014. A proposed order is attached to this motion.

                                  Respectfully Submitted,

                                  RONALD C. MACHEN JR., D.C. Bar # 447889
                                United States Attorney
                                for the District of Columbia

                                DANIEL F. VAN HORN, D.C. Bar # 924092
                                Chief, Civil Division

                                BY:_____/s/_____
                                JOHN J. GOWEL, D.C. Bar # 501185
                                Special Assistant U.S. Attorney
                                555 Fourth Street, N.W.
                                Washington, D.C. 20530
                                (202) 353-9895
                                John.Gowel@usdoj.gov

                                *Attorneys for Defendant*

---

[1] Originally, counsel for both parties in *Scott v. United States* intended to be present for the deposition only remotely. Only recently did counsel for plaintiff determine that he would attend the deposition in person. Based on that change, undersigned counsel was able to obtain approval to attend the deposition in person to be in a position to fully prosecute the deposition and adequately represent his client.